UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-16371 EPK
CHAPTER 7

IN RE:

DIANA RAE FISCHER,

        Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Order Granting Motion To Extend Time To File Schedules has been furnished to the following via the Court's CM/ECF system which electronically furnish notice to:


Samantha Carr sacarr@logs.com, electronicbankruptcynotices@logs.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Margaret J. Smith msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com



and by U.S. Mail to Diana Rae Fischer, 11130 Silver Ridge St., West Palm Beach, FL 33449, and all parties on the Service List attached hereto this __4__ day of April, 2014

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 209-1(A)

YOUNG & BROOKS, P.A.
1860 Forest Hill Blvd., Suite 201
West Palm Beach, FL 33406
Telephone: 561-433-4200
Facsimile : 561-433-2988
E-mail: syoung@ybplaw.com

By:___/s/ Stuart A Young_____
      STUART A. YOUNG, ESQ.
      (Florida Bar No. 232920)

## SERVICE LIST

Bankclays Bank Delaware
Attn: Bankruptcy
POB 8801
Wilmington, DE 19899