UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

DIANA RAE FISCHER                           CASE NO.  14-16371-EPK
                                            Chapter 7

      Debtors.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Order Granting Trustee's Application for Employment of Attorney (D.E. #22), has been served in the manner stated to the parties listed below this 23rd day of April, 2014.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                        FURR AND COHEN, P.A.
                        2255 Glades Road, Suite 337W
                        Boca Raton, Florida 33431
                        (561) 395-0500;(561) 338-7532 - facsimile

                        By /s/*Marc P. Barmat*
                           Marc P. Barmat
                           Florida Bar No. 0022365
                           mbarmat@furrcohen.com

Served Via ECF:
- Marc P Barmat ndixon@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- Samantha Carr sacarr@logs.com, electronicbankruptcynotices@logs.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Margaret J. Smith msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com
- Stuart A Young syoung@ybplaw.com

1