UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-16371 EPK
CHAPTER 7

IN RE:

DIANA RAE FISCHER,

       Debtor.
_____/

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that the Agreed Order Granting Debtor's Motion to Sell Exempt Homestead Real Property has been furnished to the following via the Court's CM/ECF system which electronically furnish notice to:

Marc P Barmat ndixon@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com

Samantha Carr sacarr@logs.com, electronicbankruptcynotices@logs.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Margaret J. Smith msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com

and by U.S. Mail to Diana Rae Fischer, 11130 Silver Ridge St., West Palm Beach, FL 33449, and all parties on the Service List attached hereto this __25__ day of April, 2014

       I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

       I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 209-1(A)

YOUNG & BROOKS, P.A.
1860 Forest Hill Blvd., Suite 201
West Palm Beach, FL 33406
Telephone: 561-433-4200
Facsimile : 561-433-2988
E-mail: syoung@ybplaw.com

By: _____/s/ Stuart A. Young/_____
      STUART A. YOUNG, ESQ.
      (Florida Bar No. 232920)

# SERVICE LIST

**American Express**
POB 53852
Phoenix, AZ 85072

**American Psychiatric Association**
POB 79575
Baltimore, MD 21279-0575

**Asset Specialists, Inc./Estancia Assets**
3710 Buckeye Street
Palm Beach Gardens, FL 33410

**AT&T Mobility**
POB 536216
Atlanta, GA 30353-6216

**Auto Owners Insurance**
POB 30315
Lansing, MI 48909

**Bank of America**
4060 Ogletown/Stanton Rd
Newark, DE 19713

**Barclays Bank Delaware**
Attn: Bankruptcy
POB 8801
Wilmington, DE 19899

**Barclays Bank Delaware**
Attn: Bankruptcy
POB 8801
Wilmington, DE 19899

**Birch Communications**
POB 105066
Atlanta, GA 30348-5066

**Branch Banking & Trust**
POB 2306
Wilson, NC 27894

**Capital One**
POB 30253
Salt Lake City, UT 84130

**Capital One NA**
POB 26625
Richmond, VA 23261

**Capital One/Best Buy**
POB 30253
Salt Lake City, UT 84130

**Carls Furniture/Citifinancial Services**
POB 220985
West Palm Beach, FL 33422

**Chase Manhattan Bank**
Attention: Bankruptcy
POB 15298
Wilmington, DE 19850

**Chase Manhattan Mortgage**
Attn: Bankruptcy Dept
3415 Vision Dr
Columbus, OH 43219

**Citi Cards**
POB 6062
Sioux Falls, SD 57117

**Citibank SD NA**
Attn: Centralized Bankruptcy
POB 20363
Kansas City, MO 64195

**Citibank USA**
Citicorp Credit Services/Attn:Centralize
POB 20507
Kansas City, MO 64195

**City of Wellington**
12300 W. Forest Hill Blvd
Wellington, FL 33414

**Cleveland Clinic**
POB 89410
Cleveland, OH 44101

**Clinic Medical Services Company, LLC**
POB 92237
Cleveland, OH 44193-0003

**Comcast**
POB 105184
Atlanta, GA 30348

**CompuServe**
POB 65110
Sterling, VA 20165

**Costco Membership**
POB 34783
Seattle, WA 98124-1783

**Credit Card Management Department**
POB 6494
Sioux Falls, SD 57117-6494

**Discover Financial Services LLC**
POB 15316
Wilmington, DE 19850

**Fabienne Kealiher**
22793 Trade Wind Rd.
Boca Raton, FL 33428-5662

**Florida Medical Association**
POB 850001
Orlando, FL 32885-0098

**FPL**
General Mail Facility
Miami, FL 33188

**GECRB Care Credit**
1951 SW 172ND AVE., Ste #205
Miramar, FL 33029-5593

**GECRB/Brandsmart**
POB 965036
Orlando, FL 32896

**GECRB/Care Credit**
Attn: Bankruptcy
POB 103104
Roswell, GA 30076

**GECRB/Chevron**
Attention: Bankruptcy
POB 103104
Roswell, GA 30076

**GECRB/Lowes**
Attention: Bankruptcy Department
POB 103104
Roswell, GA 30076

**GECRB/TJX Company**
POB 965005
Orlando, FL 32896

**Home Depot Credit Services**
POB 790328
Saint Louis, MO 63179

**Integrated Data Technologies, Inc.**
POB 14294
Palm Beach, FL 33480

**IPFS Corporation**
1001 Winstead Drive., Suite 500
Cary, NC 27513

**IPFS Corporation**
POB 905849
Charlotte, NC 28290-5849

**Kohls/Capone**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

**Laboratory Corp. of America Holdings**
POB 2240
Burlington, NC 27216

**Medicine Internet Services, LLC.**
800 Indus Road
Venice, FL 34293-5438

**Memorial Hospital**
POB 538522
Atlanta, GA 30353

**MF & Associates, Inc.**
8409 North Military Trail
Palm Beach Gardens, FL 33410

**NCO Financial Systems, Inc.**
POB 15618, Dept 33
Wilmington, DE 19850

**Office Depot**
POB 689020
Des Moines, IA 50368

**OPTUM/Attn: Recovery Services**
POB 740804
Atlanta, GA 30374

**Palm Beach Orthopaedic Institute PA**
POB 63401
Charlotte, NC 28263-3401

**Professional Risk Management. SVC., Inc.**
1401 Wilson Blvd., Suite 700
Arlington, VA 22209

**Ronald Hochstadt**
11130 Silver Ridge St.
Wellington, FL 33449

**Sam's Club/GECRB**
POB 530981
Atlanta, GA 30353

**Shell Oil / Citibank**
Attn: Centralized Bankruptcy
POB 20363
Kansas City, MO 64195

**SO FL Gastroenterology**
POB 740177
Boynton Beach, FL 33474

**Sunoco/Citi**
Attention: Bankruptcy
7920 NW 110th St.
Kansas City, MO 64153

**United Healthcare**
Dept. CH 10151
600550151C009
Palatine, IL 60055-0151

**Univest Capital, Inc.**
3331 Street Road, Suite 325
Two Greenwood Square
Bensalem, PA 19020-8523

**US Airways Dividend Miles Mastercard**
Card Services
POB 13337
Philadelphia, PA 19101-3337