UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

DIANA RAE FISCHER            CASE NO. 14-16371-EPK
                                                   Chapter 7

        Debtors.
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the Agreed Order Granting Agreed Motion to Extend Deadline to Object to Debtor's Exemptions (D.E. #31), has been served in the manner stated to the parties listed below this 5th day of May, 2014.

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                        FURR AND COHEN, P.A.
                                        2255 Glades Road, Suite 337W
                                        Boca Raton, Florida 33431
                                        (561) 395-0500;(561) 338-7532 - facsimile

                                        By /s/*Marc P. Barmat*
                                           Marc P. Barmat
                                           Florida Bar No. 0022365
                                           mbarmat@furrcohen.com

Served Via ECF:
- Marc P Barmat ndixon@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- Samantha Carr sacarr@logs.com, electronicbankruptcynotices@logs.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Margaret J. Smith msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com
- Stuart A Young syoung@ybplaw.com

1