```
                        United States Bankruptcy Court
                        Southern District of Florida

In re:                                                      Case No. 14-16371-EPK
Diana Rae Fischer                                           Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 113C-9          User: admin              Page 1 of 2                  Date Rcvd: Jun 18, 2014
                              Form ID: CGFC1           Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2014.
db           #+Diana Rae Fischer,    11130 Silver Ridge St.,    Wellington, FL 33449-8328
cr            +JPMorgan Chase Bank, National Association,    c/o Shapiro, Fishman & Gach, LLP,
                2424 N Federal Hwy #360,    Boca Raton, FL 33431-7780
92188440       American Psychiatric Association,    POB 79575,    Baltimore, MD 21279-0575
92188441      +Asset Specialists, Inc./Estancia Assets,    3710 Buckeye Street,
                Palm Beach Gardens, FL 33410-4290
92188443      +Auto Owners Insurance,    POB 30315,   Lansing, MI 48909-7815
92188444       Bank of America,    POB 53181,   Phoenix, AZ 85072-3181
92188446       Birch Communications,    POB 105066,   Atlanta, GA 30348-5066
92188449      +Capital One NA,    1808 N 18th St,   Monroe, LA 71201-4402
92188451       Carls Furniture/Citifinancial Services,    1 Court Square, 31st Floor,
                Long Island City, NY 11120-0001
92188453      +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
92188457      +City of Wellington,    12300 W. Forest Hill Blvd,    Wellington, FL 33414-7699
92188458      +Cleveland Clinic,    POB 89410,   Cleveland, OH 44101-6410
92188459       Clinic Medical Services Company, LLC,    POB 92237,    Cleveland, OH 44193-0003
92188461      +CompuServe,    POB 65110,   Sterling, VA 20165-8812
92188462       Costco Membership,    POB 34783,   Seattle, WA 98124-1783
92188463       Credit Card Management Department,    POB 6494,    Sioux Falls, SD 57117-6494
92188465       Fabienne Kealiher,    22793 Trade Wind Rd.,    Boca Raton, FL 33428-5662
92188466       Florida Medical Association,    POB 850001,    Orlando, FL 32885-0098
92188468      +GECRB Care Credit,    1951 SW 172ND AVE., Ste #205,    Miramar, FL 33029-5613
92188474      +Home Depot Credit Services,    POB 790328,    Saint Louis, MO 63179-0328
92188475      +Integrated Data Technologies, Inc.,    POB 14294,    North Palm Beach, FL 33408-0294
92188479      +Laboratory Corp. of America Holdings,    POB 2240,    Burlington, NC 27216-2240
92188482      +MF & Associates, Inc.,    8409 North Military Trail,    Palm Beach Gardens, FL 33410-6324
92188480       Medicine Internet Services, LLC.,    800 Indus Road,    Venice, FL 34293-5438
92188481      +Memorial Hospital,    POB 538522,   Atlanta, GA 30353-8522
92188485      +OPTUM/Attn: Recovery Services,    POB 740804,    Atlanta, GA 30374-0804
92188486       Palm Beach Orthopaedic Institute PA,    POB 63401,    Charlotte, NC 28263-3401
92188487      +Professional Risk Management. SVC., Inc.,    1401 Wilson Blvd., Suite 700,
                Arlington, VA 22209-2333
92188488      +Ronald Hochstadt,    11130 Silver Ridge St.,    Wellington, FL 33449-8328
92188491      +SO FL Gastroenterology,    POB 740177,    Boynton Beach, FL 33474-0177
92188495       US Airways Dividend Miles Mastercard,    Card Services,    POB 13337,    Philadelphia, PA 19101-3337
92188493       United Healthcare,    Dept. CH 10151,    600550151C009,    Palatine, IL 60055-0151
92188494      +Univest Capital, Inc.,    3331 Street Road, Suite 325,    Two Greenwood Square,
                Bensalem, PA 19020-2052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Jun 19 2014 00:04:00      Florida Department of Revenue,   POB 6668,
                Bankruptcy Division,    Ft Lauderdale, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jun 19 2014 00:28:09      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,   Miami, FL 33130-1614
92188442       EDI: CINGMIDLAND.COM Jun 19 2014 00:03:00      AT&T Mobility,   POB 536216,
                Atlanta, GA 30353-6216
92188439      +EDI: AMEREXPR.COM Jun 19 2014 00:03:00      American Express,   POB 53852,
                Phoenix, AZ 85072-3852
92188447       E-mail/Text: bankruptcy@bbandt.com Jun 19 2014 00:27:56      Branch Banking & Trust,   POB 2306,
                Wilson, NC 27894
92131210      +EDI: TSYS2.COM Jun 19 2014 00:03:00      Barclays Bank Delaware,   Attn: Bankruptcy,   POB 8801,
                Wilmington, DE 19899-8801
92188455       EDI: CITICORP.COM Jun 19 2014 00:03:00      Citibank SD NA,   Attn: Centralized Bankruptcy,
                POB 20363,    Kansas City, MO 64195
92188456       EDI: CITICORP.COM Jun 19 2014 00:03:00      Citibank USA,
                Citicorp Credit Services/Attn:Centralize,    POB 20507,   Kansas City, MO 64195
92188484       EDI: CITICORP.COM Jun 19 2014 00:03:00      Office Depot,   POB 689020,   Des Moines, IA 50368
92188490       EDI: CITICORP.COM Jun 19 2014 00:03:00      Shell Oil / Citibank,   Attn: Centralized Bankruptcy,
                POB 20363,    Kansas City, MO 64195
92188448      +EDI: CAPITALONE.COM Jun 19 2014 00:03:00      Capital One,   POB 30253,
                Salt Lake City, UT 84130-0253
92188450      +EDI: CAPITALONE.COM Jun 19 2014 00:03:00      Capital One/Best Buy,   POB 30253,
                Salt Lake City, UT 84130-0253
92188452      +EDI: CHASE.COM Jun 19 2014 00:03:00      Chase Manhattan Bank,   Attention: Bankruptcy,
                POB 15298,    Wilmington, DE 19850-5298
92188454      +EDI: CITICORP.COM Jun 19 2014 00:03:00      Citi Cards,   POB 6062,   Sioux Falls, SD 57117-6062
92188460      +E-mail/Text: delwanda_byrd@cable.comcast.com Jun 19 2014 00:29:42      Comcast,   POB 105184,
                Atlanta, GA 30348-5184
92188464       EDI: DISCOVER.COM Jun 19 2014 00:03:00      Discover Financial  Services LLC,   POB 15316,
                Wilmington, DE 19850
92188467      +E-mail/Text: Bankruptcy@fpl.com Jun 19 2014 00:26:23      FPL,   General Mail Facility,
                Miami, FL 33188-0001
92188469      +EDI: RMSC.COM Jun 19 2014 00:03:00      GECRB/Brandsmart,   POB 965036,   Orlando, FL 32896-5036
```

```
District/off: 113C-9           User: admin              Page 2 of 2                   Date Rcvd: Jun 18, 2014
                               Form ID: CGFC1           Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
92188470      +EDI: RMSC.COM Jun 19 2014 00:03:00      GECRB/Care Credit,    Attn: Bankruptcy,   POB 103104,
               Roswell, GA 30076-9104
92188471      +EDI: RMSC.COM Jun 19 2014 00:03:00      GECRB/Chevron,   Attention: Bankruptcy,   POB 103104,
               Roswell, GA 30076-9104
92188472      +EDI: RMSC.COM Jun 19 2014 00:03:00      GECRB/Lowes,   Attention: Bankruptcy Department,
               POB 103104,    Roswell, GA 30076-9104
92188473      +EDI: RMSC.COM Jun 19 2014 00:03:00      GECRB/TJX Company,    POB 965005,   Orlando, FL 32896-5005
92188476       E-mail/Text: ipfscollectionsreferrals@ipfs.com Jun 19 2014 00:29:54       IPFS Corporation,
               1001 Winstead Drive., Suite 500,    Cary, NC 27513
92188477       E-mail/Text: ipfscollectionsreferrals@ipfs.com Jun 19 2014 00:29:54       IPFS Corporation,
               POB 905849,    Charlotte, NC 28290-5849
92188478      +EDI: CBSKOHLS.COM Jun 19 2014 00:03:00      Kohls/Capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
92188483      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 19 2014 00:29:05
               NCO Financial Systems, Inc.,    POB 15618, Dept 33,    Wilmington, DE 19850-5618
92188489      +EDI: RMSC.COM Jun 19 2014 00:03:00      Sam's Club/GECRB,    POB 530981,   Atlanta, GA 30353-0981
92188492      +EDI: CITICORP.COM Jun 19 2014 00:03:00      Sunoco/Citi,   Attention: Bankruptcy,
               7920 NW 110th St.,    Kansas City, MO 64153-1270
                                                                                               TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92188445*     +Barclays Bank Delaware,   Attn: Bankruptcy,    POB 8801,   Wilmington, DE 19899-8801
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2014 at the address(es) listed below:
```
              Marc P Barmat    on behalf of Trustee Margaret J. Smith ndixon@furrcohen.com,
               mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
              Margaret J. Smith    msmith@glassratner.com, FL32@ecfcbis.com;msams@glassratner.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Samantha Carr    on behalf of Creditor    JPMorgan Chase Bank, National Association
               sacarr@logs.com, electronicbankruptcynotices@logs.com
              Stuart A Young, Esq    on behalf of Debtor Diana Rae Fischer syoung@ybplaw.com
                                                                                             TOTAL: 5
```

Form CGFC1  (10/1/11)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−16371−EPK

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Diana Rae Fischer
11130 Silver Ridge St.
Wellington, FL 33449

SSN: xxx−xx−6045

## NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above−named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **9/18/14** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official B10 Proof of Claim form available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
1515 N Flagler Dr #801
West Palm Beach FL 33401

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 6/18/14**                                **CLERK OF COURT**
                                                  By: admin
                                                  Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.