UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                        Case No. 14-16371-BKC-EPK
                                                                    Chapter 7 Proceeding

DIANA RAE FISCHER

_____Debtor_____/

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

        The trustee herein files this Notice of Dividends to the Creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

        The dividend checks were mailed to creditors on **November 16, 2015.** If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

Date: November 16, 2015                  By:    /s/ *Margaret J. Smith*_____
                                                                          Margaret J. Smith, Trustee
                                                                          1400 Centrepark Blvd., Suite 410
                                                                          West Palm Beach, FL 33401
                                                                          Telephone: (561) 721-0312
                                                                          Facsimile: (305) 358-6092
                                                                          Email: msmith@glassratner.com

# Claims Proposed Distribution

Case: 14-16371-EPK  FISCHER, DIANA RAE

Report Includes ONLY Claims with a Proposed Distribution

Margaret J. Smith, Trustee

**Case Balance:** $0.00
**Total Proposed Payment:** $0.00
**Remaining Balance:** $0.00

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Margaret J. Smith |  | $3,259.87 | $3,259.87 | $3,259.87 | $0.00 | $0.00 | $0.00 |
|  | Margaret J. Smith |  | $108.72 | $108.72 | $108.72 | $0.00 | $0.00 | $0.00 |
|  | Furr and Cohen, P.A. |  | $9,000.00 | $9,000.00 | $9,000.00 | $0.00 | $0.00 | $0.00 |
|  | Furr and Cohen, P.A. |  | $270.01 | $270.01 | $270.01 | $0.00 | $0.00 | $0.00 |
|  | GLASS RATNER ADVISORY & CAPITAL GROUP, LLC |  | $1,321.50 | $1,321.50 | $1,321.50 | $0.00 | $0.00 | $0.00 |
|  | Final Application for Compensation and Reimbursement of Expenses for Carin Sorvik, Accountant, Period: 1/6/2015 to 7/21/2015, Fee: $1,321.50, Expenses: $2.10 (DE 58) | | | | | | | |
|  | GLASS RATNER ADVISORY & CAPITAL GROUP, LLC |  | $2.10 | $2.10 | $2.10 | $0.00 | $0.00 | $0.00 |
|  | Final Application for Compensation and Reimbursement of Expenses for Carin Sorvik, Accountant, Period: 1/6/2015 to 7/21/2015, Fee: $1,321.50, Expenses: $2.10 (DE 58) | | | | | | | |
| 1 | Discover Bank |  | $5,079.54 | $5,079.54 | $857.64 | $4,221.90 | $0.00 | $0.00 |
| 2 | BB&T Bankruptcy Section |  | $3,832.93 | $3,832.93 | $647.16 | $3,185.77 | $0.00 | $0.00 |
| 3 | Jfk Medical Center |  | $300.00 | $300.00 | $50.65 | $249.35 | $0.00 | $0.00 |
| 4 | Integrated Data Technologies, Inc. |  | $570.00 | $570.00 | $96.24 | $473.76 | $0.00 | $0.00 |
| 5 | M F &#038; ASSOCIATES INC |  | $2,265.23 | $2,265.23 | $382.46 | $1,882.77 | $0.00 | $0.00 |
| 6 | Capital One, N.A. |  | $3,699.07 | $3,699.07 | $624.56 | $3,074.51 | $0.00 | $0.00 |
| 7 | CERASTES, LLC |  | $11,531.55 | $11,531.55 | $1,947.00 | $9,584.55 | $0.00 | $0.00 |
| 8 | American Express Bank FSB |  | $3,246.85 | $3,246.85 | $548.20 | $2,698.65 | $0.00 | $0.00 |
| 9 | American Express Bank FSB |  | $10,523.89 | $10,523.89 | $1,776.87 | $8,747.02 | $0.00 | $0.00 |
|  | **Page sub-total :** |  | **$55,011.26** | **$55,011.26** | **$20,892.98** | **$34,118.28** | **$0.00** |  |

# Claims Proposed Distribution

Case: 14-16371-EPK  FISCHER, DIANA RAE

Report Includes ONLY Claims with a Proposed Distribution

Margaret J. Smith, Trustee

**Case Balance:** $0.00
**Total Proposed Payment:** $0.00
**Remaining Balance:** $0.00

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 10 | Univest Capital Inc | | $5,621.00 | $5,621.00 | $949.06 | $4,671.94 | $0.00 | $0.00 |
| 11 | Capital One NA | | $186.49 | $186.49 | $31.49 | $155.00 | $0.00 | $0.00 |
| 12 | Capital Recovery V, LLC | | $147.35 | $147.35 | $24.88 | $122.47 | $0.00 | $0.00 |
| 13 | PYOD, LLC its successors and assigns as assignee | | $8,822.90 | $8,822.90 | $1,489.67 | $7,333.23 | $0.00 | $0.00 |
| 14 | PYOD, LLC its successors and assigns as assignee | | $1,214.31 | $1,214.31 | $205.03 | $1,009.28 | $0.00 | $0.00 |
| 15 | PYOD, LLC its successors and assigns as assignee | | $573.62 | $573.62 | $96.85 | $476.77 | $0.00 | $0.00 |
| 16 | PYOD, LLC its successors and assigns as assignee | | $131.92 | $131.92 | $22.27 | $109.65 | $0.00 | $0.00 |
| 17 | Ashley Funding Services, LLC its successors and | | $42.89 | $42.89 | $7.24 | $35.65 | $0.00 | $0.00 |
| 18 | Synchrony Bank | | $5,353.85 | $5,353.85 | $903.95 | $4,449.90 | $0.00 | $0.00 |

## Case Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| Total  Claims: 31.93% | | $77,105.59 | $77,105.59 | $24,623.42 | | $0.00 |

| | | | | |
|---|---|---|---|---|
| Page sub-total : | $22,094.33 | $22,094.33 | $3,730.44 | $18,363.89 | $0.00 |
| Grand Total : | **$77,105.59** | **$77,105.59** | **$24,623.42** | **$52,482.17** | **$0.00** |