UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| In re: | § | Case No. 14-16371-EPK |
|---|---|---|
| | § | |
| DIANA RAE FISCHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Margaret J. Smith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,755.00 | Assets Exempt: | $377,000.00 |
| Total Distributions to Claimants: | $10,661.22 | Claims Discharged Without Payment: | $122,017.19 |
| Total Expenses of Administration: | $14,437.45 | | |

3) Total gross receipts of $25,098.67 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,098.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $287,233.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $14,437.45 | $14,437.45 | $14,437.45 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $111,070.51 | $63,143.39 | $63,143.39 | $10,661.22 |
| **Total Disbursements** | $398,303.51 | $77,580.84 | $77,580.84 | $25,098.67 |

   4). This case was originally filed under chapter 7 on 03/20/2014. The case was pending for 22 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 02/02/2016                    By:   /s/ Margaret J. Smith
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement with debtor | 1249-000 | $25,098.67 |
| **TOTAL GROSS RECEIPTS** | | $25,098.67 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage | 4110-000 | $287,233.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $287,233.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Margaret J. Smith, Trustee | 2100-000 | NA | $3,259.87 | $3,259.87 | $3,259.87 |
| Margaret J. Smith, Trustee | 2200-000 | NA | $108.72 | $108.72 | $108.72 |
| Green Bank | 2600-000 | NA | $475.25 | $475.25 | $475.25 |
| Furr and Cohen, P.A., Attorney for Trustee | 3210-000 | NA | $9,000.00 | $9,000.00 | $9,000.00 |
| Furr and Cohen, P.A., Attorney for Trustee | 3220-000 | NA | $270.01 | $270.01 | $270.01 |
| GLASS RATNER ADVISORY & CAPITAL GROUP, LLC, Accountant for Trustee | 3310-000 | NA | $1,321.50 | $1,321.50 | $1,321.50 |
| GLASS RATNER ADVISORY & CAPITAL GROUP, LLC, Accountant for Trustee | 3320-000 | NA | $2.10 | $2.10 | $2.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,437.45 | $14,437.45 | $14,437.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $5,079.00 | $5,079.54 | $5,079.54 | $857.64 |
| 2 | BB&T Bankruptcy Section | 7100-000 | $3,797.00 | $3,832.93 | $3,832.93 | $647.16 |
| 3 | Jfk Medical Center | 7100-000 | $0.00 | $300.00 | $300.00 | $50.65 |
| 4 | Integrated Data Technologies, Inc. | 7100-000 | $120.00 | $570.00 | $570.00 | $96.24 |
| 5 | M F &#038; ASSOCIATES INC | 7100-000 | $1,994.93 | $2,265.23 | $2,265.23 | $382.46 |
| 6 | Capital One, N.A. | 7100-000 | $3,699.00 | $3,699.07 | $3,699.07 | $624.56 |
| 7 | CERASTES, LLC | 7100-000 | $11,531.00 | $11,531.55 | $11,531.55 | $1,947.00 |
| 8 | American Express Bank FSB | 7100-000 | $0.00 | $3,246.85 | $3,246.85 | $548.20 |
| 9 | American Express Bank FSB | 7100-000 | $0.00 | $10,523.89 | $10,523.89 | $1,776.87 |
| 10 | Univest Capital Inc | 7100-000 | $442.75 | $5,621.00 | $5,621.00 | $949.06 |
| 11 | Capital One NA | 7100-000 | $365.00 | $186.49 | $186.49 | $31.49 |
| 12 | Capital Recovery V, LLC | 7100-000 | $144.00 | $147.35 | $147.35 | $24.88 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $8,822.00 | $8,822.90 | $8,822.90 | $1,489.67 |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $1,214.31 | $1,214.31 | $205.03 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $460.00 | $573.62 | $573.62 | $96.85 |
| 16 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $131.92 | $131.92 | $22.27 |
| 17 | Ashley Funding | 7100-000 | $26.81 | $42.89 | $42.89 | $7.24 |

**UST Form 101-7-TDR (10/1/2010)**

|    |                                            |          |            |           |           |          |
|----|--------------------------------------------|----------|------------|-----------|-----------|----------|
|    | Services, LLC its successors and           |          |            |           |           |          |
| 18 | Synchrony Bank                             | 7100-000 | $5,054.00  | $5,353.85 | $5,353.85 | $903.95  |
|    | American Psychiatric Association           | 7100-000 | $1,090.00  | $0.00     | $0.00     | $0.00    |
|    | Asset Specialists, Inc./Estancia           | 7100-000 | $7,984.32  | $0.00     | $0.00     | $0.00    |
|    | AT&T Mobility                              | 7100-000 | $625.04    | $0.00     | $0.00     | $0.00    |
|    | Auto Owners Insurance                      | 7100-000 | $756.66    | $0.00     | $0.00     | $0.00    |
|    | Bank of America                            | 7100-000 | $10,448.00 | $0.00     | $0.00     | $0.00    |
|    | Barclays Bank Delaware                     | 7100-000 | $7,152.00  | $0.00     | $0.00     | $0.00    |
|    | Birch Communications                       | 7100-000 | $941.98    | $0.00     | $0.00     | $0.00    |
|    | Capital One/Best Buy                       | 7100-000 | $1,214.00  | $0.00     | $0.00     | $0.00    |
|    | Carls Furniture/Citifinancial Services     | 7100-000 | $15.00     | $0.00     | $0.00     | $0.00    |
|    | Chase Manhattan Bank                       | 7100-000 | $6,385.01  | $0.00     | $0.00     | $0.00    |
|    | City of Wellington                         | 7100-000 | $116.00    | $0.00     | $0.00     | $0.00    |
|    | Cleveland Clinic                           | 7100-000 | $1,763.68  | $0.00     | $0.00     | $0.00    |
|    | Comcast                                    | 7100-000 | $67.34     | $0.00     | $0.00     | $0.00    |
|    | CompuServe                                 | 7100-000 | $24.95     | $0.00     | $0.00     | $0.00    |
|    | Costco Membership                          | 7100-000 | $55.00     | $0.00     | $0.00     | $0.00    |
|    | Florida Medical Association                | 7100-000 | $700.00    | $0.00     | $0.00     | $0.00    |
|    | FPL                                        | 7100-000 | $563.15    | $0.00     | $0.00     | $0.00    |
|    | FPL                                        | 7100-000 | $555.75    | $0.00     | $0.00     | $0.00    |
|    | GECRB/Brandsmart                           | 7100-000 | $1,329.00  | $0.00     | $0.00     | $0.00    |
|    | GECRB/Care Credit                          | 7100-000 | $10,399.00 | $0.00     | $0.00     | $0.00    |
|    | GECRB/Chevron                              | 7100-000 | $276.00    | $0.00     | $0.00     | $0.00    |
|    | GECRB/Lowes                                | 7100-000 | $54.00     | $0.00     | $0.00     | $0.00    |
|    | IPFS Corporation                           | 7100-000 | $2,218.33  | $0.00     | $0.00     | $0.00    |
|    | Kohls/Capone                               | 7100-000 | $186.00    | $0.00     | $0.00     | $0.00    |
|    | Medicine Internet Services, LLC.           | 7100-000 | $89.00     | $0.00     | $0.00     | $0.00    |
|    | Memorial Hospital                          | 7100-000 | $325.00    | $0.00     | $0.00     | $0.00    |
|    | NCO Financial                              | 7100-000 | $300.00    | $0.00     | $0.00     | $0.00    |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Systems, Inc. |  |  |  |  |  |
| Office Depot | 7100-000 | $32.22 | $0.00 | $0.00 | $0.00 |
| OPTUM/Attn: Recovery Services | 7100-000 | $34.00 | $0.00 | $0.00 | $0.00 |
| Palm Beach Orthopaedic Institute PA | 7100-000 | $109.00 | $0.00 | $0.00 | $0.00 |
| Sam's Club/GECRB | 7100-000 | $232.40 | $0.00 | $0.00 | $0.00 |
| Shell Oil / Citibank | 7100-000 | $131.00 | $0.00 | $0.00 | $0.00 |
| SO FL Gastroenterology | 7100-000 | $113.87 | $0.00 | $0.00 | $0.00 |
| Sunoco/Citi | 7100-000 | $473.00 | $0.00 | $0.00 | $0.00 |
| United Healthcare | 7100-000 | $1,497.19 | $0.00 | $0.00 | $0.00 |
| US Airways Dividend Miles | 7100-000 | $11,278.13 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $111,070.51 | $63,143.39 | $63,143.39 | $10,661.22 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-16371-EPK | Trustee Name: | Margaret J. Smith |
|---|---|---|---|
| Case Name: | FISCHER, DIANA RAE | Date Filed (f) or Converted (c): | 03/20/2014 (f) |
| For the Period Ending: | 1/27/2016 | §341(a) Meeting Date: | 04/23/2014 |
| | | Claims Bar Date: | 09/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  11130 Silver Ridge Street, Wellington, FL 33449 | $375,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Joint - exempt  Emergency Motion for Sale of Property (Exempt Homestead Property) (DE 18) filed April 16, 2014  Agreed Order Granting Debtor's Motion to Sell Exempt Homestead Real Property (Re: # [18]) (DE 24) filed April 25, 2014  Trustee's Notice of Intent to Abandon 11130 Silver Ridge Street, Wellington, FL 33449, 2002 Lincoln LSE, and 2003 Lincoln Aviator (DE 56) filed June 29, 2015 | | | | | |
| 2  Cash | $10.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Exempt | | | | | |
| 3  BBT Checking account #4981 | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Exempt | | | | | |
| 4  Household goods & furnishings | $1,290.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Partially exempt | | | | | |
| 5  Wearing apparel | $0.00 | $0.00 | | $0.00 | FA |
| 6  Australian gold ring | $100.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Exempt | | | | | |
| 7  Camera | $5.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Exempt | | | | | |
| 8  Diana Fischer, MD, PA, 100% | $0.00 | $0.00 | | $0.00 | FA |
| 9  Possible 2013 tax refund | $0.00 | $0.00 | | $0.00 | FA |
| 10  2002 Lincoln LSE | $488.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Exempt  #56 - 06/29/15 Trustee's Notice of Intent to Abandon 11130 Silver Ridge Street, Wellington, FL 33449, 2002 Lincoln LSE, and 2003 Lincoln Aviator | | | | | |
| 11  2003 Lincoln Aviator | $2,150.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: #56 - 06/29/15 Trustee's Notice of Intent to Abandon 11130 Silver Ridge Street, Wellington, FL 33449, 2002 Lincoln LSE, and 2003 Lincoln Aviator | | | | | |
| 12  Two dogs | $0.00 | $0.00 | | $0.00 | FA |
| 13  Settlement with debtor  (u) | Unknown | $25,098.67 | | $25,098.67 | FA |
| Asset Notes: Motion to Compromise Controversy with Trustee and Debtor filed June 17, 2014 (DE 37)  Order Granting Motion To Approve Stipulation to Compromise Controversy Between Trustee and Debtor (Re: # [37]) filed July 14, 2014 (DE 47) | | | | | |

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**
| | $379,243.00 | $25,098.67 | | $25,098.67 | $0.00 |

**Major Activities affecting case closing:**
Claims Bar Date: September 18, 2014
Claims Review Status: Complete
Tax Return Status: 2014 & 2015 complete

| Initial Projected Date Of Final Report (TFR): | 06/30/2015 | /s/ MARGARET J. SMITH |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 08/24/2015 | MARGARET J. SMITH |

**FORM 2**

Page No: 1

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-16371-EPK | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | FISCHER, DIANA RAE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0283 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/20/2014 | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/27/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2014 | (13) | Settlement | June 17, 2014: Motion to Compromise Controversy with Trustee and Debtor (DE 37) July 14, 2014: Order Granting Motion To Approve Stipulation to Compromise Controversy Between Trustee and Debtor (Re: # [37]) (DE 47) | 1249-000 | $25,098.67 | | $25,098.67 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $41.80 | $25,056.87 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $37.82 | $25,019.05 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $42.97 | $24,976.08 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $36.40 | $24,939.68 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $40.24 | $24,899.44 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $41.47 | $24,857.97 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.23 | $24,821.74 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.76 | $24,782.98 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.70 | $24,744.28 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $39.92 | $24,704.36 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.57 | $24,665.79 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $42.37 | $24,623.42 |
| 11/16/2015 | 1000 | GLASS RATNER ADVISORY & CAPITAL | Claim #: ; Amount Claimed: 2.10; Distribution Dividend: 100.00; Account Number: ; | 3320-000 | | $2.10 | $24,621.32 |
| 11/16/2015 | 1001 | GLASS RATNER ADVISORY & CAPITAL | Claim #: ; Amount Claimed: 1,321.50; Distribution Dividend: 100.00; Account Number: ; | 3310-000 | | $1,321.50 | $23,299.82 |
| 11/16/2015 | 1002 | Furr and Cohen, P.A. | Claim #: ; Amount Claimed: 270.01; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $270.01 | $23,029.81 |
| 11/16/2015 | 1003 | Furr and Cohen, P.A. | Claim #: ; Amount Claimed: 9,000.00; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $9,000.00 | $14,029.81 |
| 11/16/2015 | 1004 | Margaret J. Smith | Trustee Compensation | 2100-000 | | $3,259.87 | $10,769.94 |
| 11/16/2015 | 1005 | Margaret J. Smith | Trustee Expenses | 2200-000 | | $108.72 | $10,661.22 |
| 11/16/2015 | 1006 | Discover Bank | Claim #: 1; Amount Claimed: 5,079.54; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $857.64 | $9,803.58 |
| 11/16/2015 | 1007 | BB&T Bankruptcy Section | Claim #: 2; Amount Claimed: 3,832.93; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $647.16 | $9,156.42 |
| 11/16/2015 | 1008 | Jfk Medical Center | Claim #: 3; Amount Claimed: 300.00; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $50.65 | $9,105.77 |
| 11/16/2015 | 1009 | Integrated Data Technologies, Inc. | Claim #: 4; Amount Claimed: 570.00; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $96.24 | $9,009.53 |
| | | | | **SUBTOTALS** | $25,098.67 | $16,089.14 | |

| Case No. | 14-16371-EPK | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | FISCHER, DIANA RAE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0283 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/20/2014 | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/27/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2015 | 1010 | M F &#038; ASSOCIATES INC | Claim #: 5; Amount Claimed: 2,265.23; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $382.46 | $8,627.07 |
| 11/16/2015 | 1011 | Capital One, N.A. | Claim #: 6; Amount Claimed: 3,699.07; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $624.56 | $8,002.51 |
| 11/16/2015 | 1012 | CERASTES, LLC | Claim #: 7; Amount Claimed: 11,531.55; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $1,947.00 | $6,055.51 |
| 11/16/2015 | 1013 | American Express Bank FSB | Claim #: 8; Amount Claimed: 3,246.85; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $548.20 | $5,507.31 |
| 11/16/2015 | 1014 | American Express Bank FSB | Claim #: 9; Amount Claimed: 10,523.89; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $1,776.87 | $3,730.44 |
| 11/16/2015 | 1015 | Univest Capital Inc | Claim #: 10; Amount Claimed: 5,621.00; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $949.06 | $2,781.38 |
| 11/16/2015 | 1016 | Capital One NA | Claim #: 11; Amount Claimed: 186.49; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $31.49 | $2,749.89 |
| 11/16/2015 | 1017 | Capital Recovery V, LLC | Claim #: 12; Amount Claimed: 147.35; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $24.88 | $2,725.01 |
| 11/16/2015 | 1018 | PYOD, LLC its successors and assigns as assignee | Claim #: 13; Amount Claimed: 8,822.90; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $1,489.67 | $1,235.34 |
| 11/16/2015 | 1019 | PYOD, LLC its successors and assigns as assignee | Claim #: 14; Amount Claimed: 1,214.31; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $205.03 | $1,030.31 |
| 11/16/2015 | 1020 | PYOD, LLC its successors and assigns as assignee | Claim #: 15; Amount Claimed: 573.62; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $96.85 | $933.46 |
| 11/16/2015 | 1021 | PYOD, LLC its successors and assigns as assignee | Claim #: 16; Amount Claimed: 131.92; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $22.27 | $911.19 |
| 11/16/2015 | 1022 | Ashley Funding Services, LLC its successors and | Claim #: 17; Amount Claimed: 42.89; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $7.24 | $903.95 |
| 11/16/2015 | 1023 | Synchrony Bank | Claim #: 18; Amount Claimed: 5,353.85; Distribution Dividend: 16.88; Account Number: ; | 7100-000 | | $903.95 | $0.00 |

**SUBTOTALS**    $0.00    $9,009.53

| Case No. | 14-16371-EPK | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | FISCHER, DIANA RAE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0283 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/20/2014 | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/27/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $25,098.67 | $25,098.67 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $25,098.67 | $25,098.67 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $25,098.67 | $25,098.67 | |

**For the period of 3/20/2014 to 1/27/2016**

| | |
|---|---|
| Total Compensable Receipts: | $25,098.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,098.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,098.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,098.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/28/2014 to 1/27/2016**

| | |
|---|---|
| Total Compensable Receipts: | $25,098.67 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,098.67 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $25,098.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,098.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 14-16371-EPK | | Trustee Name: | Margaret J. Smith |
|---|---|---|---|---|
| Case Name: | FISCHER, DIANA RAE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0283 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/20/2014 | | Blanket bond (per case limit): | $129,067,000.00 |
| For Period Ending: | 1/27/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,098.67 | $25,098.67 | $0.00 |

| For the period of 3/20/2014 to 1/27/2016 | | For the entire history of the case between 03/20/2014 to 1/27/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,098.67 | Total Compensable Receipts: | $25,098.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,098.67 | Total Comp/Non Comp Receipts: | $25,098.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,098.67 | Total Compensable Disbursements: | $25,098.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,098.67 | Total Comp/Non Comp Disbursements: | $25,098.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |